AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:14-cv-10287-DML-RSW
Hon. David M. Lawson

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Cavalry Portfolio Services, LLC.

Date of Service: 1-23-2014

## Method of Service

__X__ Personally served at this address:
RA: The Corporation Company
30000 Telegraph #2345
Bingham Farms MI 48025

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $ 0   Service $ 0   Total $ 0

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Stacey Lockwood

Signature of Server: Stacey Lockwood

Date: 1-23-14

Server's Address: 30000 Telegraph Rd. #1350
Bingham Farms MI 48025