UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CASEY MONTGOMERY and
BRENDA MONTGOMERY, f.k.a.
Brenda Williams,

    Plaintiffs,                              Case No. 2:14-CV-10287-DML-RSW

v.

ROOSEN VARCHETTI & OLIVER, PC.,
CAVALRY PORTFOLIO SERVICES, LLC
J.C. CHRISTENSEN & ASSOCIATES, INC.

    Defendants.
_____

## APPEARANCE

**PLEASE** enter the Appearance of the law firm of Maddin, Hauser, Roth & Heller, P.C. by Kathleen H. Klaus, as attorneys for Defendant Roosen Varchetti & Oliver, P.C., ("RVO").

                              MADDIN, HAUSER, WARTELL,
                                  ROTH & HELLER, P.C.

                              */s/ Kathleen H. Klaus*
                              KATHLEEN H. KLAUS (P67207)
                              Attorney for RVO Defendant
                              24800 Northwestern Highway, 3rd Floor
                              Southfield, MI 48034
Dated: February 12, 2014         (248) 359-7520

1493403 v1/15137.0006

# CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2014, I electronically filed the above document(s) with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: all counsel of record.

/s/ Kathleen H. Klaus
Kathleen H. Klaus (P67207)
Attorney for RVO Defendant
28400 Northwestern Highway, 3rd Floor
Southfield, MI 48034
(248) 359-7520

1493403 v1/15137.0006